**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Koy Kayon WILLIAMS, a.k.a. Jerad G. Anderson, a.k.a. Trevor Anderson, a.k.a. Chadwick Lamar Myers, Defendant–Appellant.**

No. 12–10550.

United States Court of Appeals, Ninth Circuit.

Submitted June 25, 2014.*

Filed June 30, 2014.

Mark S. Kokanovich, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Eric W. Kessler, Kessler Law Offices, Mesa, AZ, for Defendant–Appellant.

Koy Kayon Williams, Safford, AZ, pro se.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

## MEMORANDUM **

Koy Kayon Williams appeals from the district court's judgment and challenges his guilty-plea conviction and 135–month sentence for conspiracy to possess with intent to distribute marijuana, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Williams's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Williams the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Williams has waived the right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). The appeal is, accordingly, dismissed. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).